227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–6600 (A–697). WILLIAMS *v.* LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 86–1025. IN RE POLYAK, 479 U. S. 1082;

No. 86–6006. LYDA ET AL. *v.* JOHN K. ET AL., 479 U. S. 1095; and

No. 86–6077. KUCHER *v.* MADERIOS ET AL., 479 U. S. 1097. Petitions for rehearing denied.

No. 85–703. SCHOENBORN ET AL. *v.* BOEING CO., 474 U. S. 1082. Motion for leave to file petition for rehearing denied.

APRIL 7, 1987

No. 85–673. HARTIGAN, ATTORNEY GENERAL OF THE STATE OF ILLINOIS, ET AL. *v.* ZBARAZ ET AL. C. A. 7th Cir. [Probable jurisdiction postponed, 479 U. S. 881.] The parties are directed to file supplemental briefs addressing the merits of the second question presented in appellants' jurisdictional statement, as well as the question whether the Court of Appeals' decision is sufficiently final to permit this Court to take jurisdiction over the case under 28 U. S. C. § 1254(2) to review both questions presented. Rule 35 of the Rules of this Court prescribes the time for filing these supplemental briefs.